# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOHN COFFIN and BARBARA PARSONS,

      Plaintiffs,

v.                               CASE NO: 8:04-cv-2669-T-26EAJ

CHRISTOPHER G. STEUBE, individually, et al.,

      Defendants.

_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiffs' Motion in Limine to Exclude Evidence and Witnesses at Trial (Dkt. 56) is denied without prejudice to being renewed at the appropriate stage of the trial of this case. However, counsel for the parties shall not mention the incident in question to the jury pending the Court's resolution of this evidentiary dispute. The parties are put on notice that this Court looks with disfavor on motions in limine which raise evidentiary issues which should more appropriately be raised and resolved at time of trial.

**DONE AND ORDERED** at Tampa, Florida, on May 5, 2006.


                             ___*s/Richard A. Lazzara*_____
                             **RICHARD A. LAZZARA**
                             **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record